UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00474-W

| | |
|---|---|
| MICHAEL WILLIAM SUNNER AND GLADYS SUNNER, ) ) ) | |
| Plaintiffs, ) ) ) | ORDER |
| vs. ) ) | |
| DUKE ENERGY CORPORATION, et al, ) ) | |
| Defendants. ) ) | |

THE MATTER is before the Court following a hearing on September 10, 2012, whereby the parties jointly moved to consolidate this case with the case of Nieman v. Duke Energy Corp., et al, 3:12-cv-456-MOC, currently pending before the Honorable Max O. Cogburn. The Court notes that all parties to the instant case consented to the oral motion, and, in addition, counsel for the plaintiffs and the defendants in Nieman also appeared before the Court and gave their consent to consolidation.

IT IS THEREFORE ORDERED that the parties' Joint Oral Motion to Consolidate is GRANTED, and this matter shall be consolidated with Nieman v. Duke Energy Corp., et al, 3:12-cv-456-MOC.

IT IS SO ORDERED.

Signed: September 10, 2012

Frank D. Whitney
United States District Judge