IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:12CV456-MOC-DSC

| | |
|---|---|
| MAURINE NIEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (Doc. 26) filed October 4, 2012 requesting admission of attorney David A. Rosenfeld to represent Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.        Signed: October 5, 2012

David S. Cayer
United States Magistrate Judge