IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-00456-MOC-DSC
(consolidated with 3:12-cv-00474)

| | |
|---|---|
| **MAURINE NIEMAN** <br> **Plaintiff,** <br> v. <br> **DUKE ENERGY CORPORATION, et al.** <br> **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice *Pro Hac Vice* [of Ramzi Abadou]" (document #29). For the reasons stated therein, the Motion shall be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED.**   Signed: October 10, 2012

_____
David S. Cayer
United States Magistrate Judge