IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-00456-MOC-DSC
(consolidated with 3:12-cv-00474)

**MAURINE NIEMAN**
                **Plaintiff,**

v.

**DUKE ENERGY CORPORATION, et al.**

                **Defendants.**

**ORDER**

      **THIS MATTER** is before the Court on "Application for Admission to Practice *Pro Hac Vice* [of Jennifer Sarnelli]" (document #42). For the reasons stated therein, the Motion shall be granted.

      The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr.

      **SO ORDERED.**                Signed: December 6, 2012

David S. Cayer
United States Magistrate Judge