IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00456-MOC-DSC

| | |
|---|---|
| **MAURINE NIEMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **DUKE ENERGY CORP. ET. AL.,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application to Admission to Practice Pro Hac Vice [for Paul Jeffrey Geller]" (document #44) filed December 12, 2012. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED.**

Signed: December 12, 2012

David S. Cayer
United States Magistrate Judge