IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00456-MOC-DSC

**MAURINE NIEMAN,**                    )
                                       )
                    Plaintiff,         )
                                       )
         vs.                           )
                                       )
**DUKE ENERGY CORP. ET. AL.,**         )
                    Defendants.        )

_____

       **THIS MATTER** is before the Court on the "Application[s] to Admission to Practice Pro Hac Vice [for Erik D. Peterson, Stacey M. Kaplan, and Eli R. Greenstein]" (documents ##51-53) filed December 19, 2012.  For the reasons set forth therein, the Motions will be <u>granted</u>.

       The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

       **SO ORDERED.**

Signed: December 19, 2012

David S. Cayer
United States Magistrate Judge