# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-00456-MOC-DSC

| | |
|---|---|
| MAURINE NIEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DUKE ENERGY CORPORATION, et al., ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the Court on the "Application to Admission to Practice Pro Hac Vice [for Tor Gronborg]" (document # 56) filed January 25, 2013. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 25, 2013

David S. Cayer
United States Magistrate Judge