IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv456

| MAURINE NIEMAN, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | ORDER |
| Vs. | ) | |
| | ) | |
| DUKE ENERGY CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the court's own Motion to Continue Hearing on Defendant's Objections to the Memorandum and Recommendation. To allow plaintiffs a full and fair opportunity to respond to defendant's objections, the court will continue the hearing currently scheduled for September 10, 2013 at 9:30 AM until October 2, 2013 at 9:30 AM.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the hearing on defendant's Objections to the Memorandum and Recommendation is continued and **CALENDARED** for October 2, 2013 at 9:30 AM.

Signed: September 3, 2013

Max O. Cogburn Jr.
United States District Judge