UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:12-cv-00456-MOC-DSC
(Consolidated with Nos. 3:12-cv-00474 and 3:12-cv-00624)

| | |
|---|---|
| MAURINE NIEMAN, | ) |
|     Plaintiffs, | ) <u>CLASS ACTION</u> |
| vs. | ) MOTION FOR ATTORNEYS' FEES |
| DUKE ENERGY CORPORATION, et al., | ) |
|     Defendants. | ) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2), objector Fiduciary Counselors Inc. hereby moves this Court for fees in the amount of $20,596 and costs in the amount of $3,035.32, for the reasons stated in the Memorandum of Law, filed contemporaneously herewith, and the Declaration of Thomas O'Connor dated November 16, 2015 attached hereto as <u>Exhibit A</u>. Fiduciary Counselors Inc. has attempted to consult with Lead Counsel and counsel for Defendants regarding the relief sought by this Motion. As of the date of this Motion, counsel for the parties have not consented to the relief sought in this Motion.

Dated: November 16, 2015

        **RAYBURN COOPER & DURHAM, P.A.**

        /s/ Ross R. Fulton
        Ross R. Fulton
        N.C. State Bar No. 31538
        227 W. Trade Street, Suite 1200
        Charlotte, NC 28202
        (704) 334-0891 (tel.)  (704) 377-1897 (fax)
        rfulton@rcdlaw.net

              and

        Thomas E. O'Connor
        *Admitted Pro Hac Vice*
        Fiduciary Counselors, Inc.
        Senior Vice President
        700 12th Street N.W.
        Suite 700
        Washington, DC 2005
        TELEPHONE: 202-558-5130
        FACSIMILE: 202-558-5140

        *Counsel for Fiduciary Counselors Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, including the following:

**Lead Counsel for the Settlement Class**

Tor Gronborg, Esq.
Jeffrey D. Light, Esq.
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101

Eli R. Greenstein, Esq.
Stacey M. Kaplan, Esq.
**KESSLER TOPAZ MELTZER & CHECK, LLP**
One Sansome Street, Suite 1850
San Francisco, CA 94104

**Settling Defendants' Counsel**

Debbie W. Harden, Esq.
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
301 South College Street, Suite 3500
Charlotte, NC 28202-6037

Steven M. Bierman, Esq.
Andrew W. Stern, Esq.
Erica S. Malin, Esq.
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019

This the 16th day of November, 2015.

                /s/ Ross R. Fulton
                Ross R. Fulton