UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00456-MOC-DSC

| | | |
|---|---|---|
| **GERALD FRIESEN** | ) | |
| **MAURINE NIEMAN** | ) | |
| **CAROLYN FRIESEN** | ) | |
| **CRAIG BACINO,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **STEVEN K. YOUNG** | ) | |
| **WILLIAM BARNET IIL** | ) | |
| **G. ALEX BERNHARDT SR.** | ) | |
| **MICHAEL G. BROWNING** | ) | |
| **DANIEL R. DIMICCO** | ) | |
| **JOHN H. FORSGREN** | ) | |
| **ANN MAYNARD GREY** | ) | |
| **JAMES H. HANCE JR.** | ) | |
| **DUKE ENERGY CORPORATION** | ) | |
| **E. JAMES REINSCH** | ) | |
| **MARC E. MANLY** | ) | |
| **JAMES T. RHODES** | ) | |
| **PHILIP R. SHARP** | ) | |
| **JAMES E. ROGERS** | ) | |
| **LYNN J. GOOD,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on objector Fiduciary Counselors Inc.'s Motion for Attorneys' Fees. Having considered objector Fiduciary Counselors Inc.'s motion and reviewed the pleadings, and finding that the requested award is fair and reasonable, that it is properly documented, and that it represents compensation for legal services that substantially inured to the benefit of the class, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that objector Fiduciary Counselors Inc.'s Motion for Attorneys' Fees (#113) is **GRANTED**, and objector Fiduciary Counselors Inc. is **AWARDED** fees in the amount of $20,596.00 and costs in the amount of $3,035.32, payable from the settlement fund.

Signed: December 17, 2015

Max O. Cogburn Jr
United States District Judge